**Dismissed and Memorandum Opinion filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00852-CV

## SALVADOR GARCIA AND ALL OCCUPANTS, Appellants

### V.

## NABEEL HUSSAIN, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1116819**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 24, 2018. The clerk's record was filed October 11, 2018. The reporter's record was filed November 2, 2018. No brief was filed.

On December 18, 2018, this court issued an order stating that unless appellants filed a brief on or before January 2, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain.